DSS:SDD
F.#2010R02145

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JOHN DOE,

        Defendant.

- - - - - - - - - - - - - - - - - - - -X

Cr. No. _____ CR 13 200

KUNTZ, J.

MANN, M.J.

    Please take notice that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           March 26, 2013

                                        LORETTA E. LYNCH
                                        United States Attorney
                                        271 Cadman Plaza East
                                        Brooklyn, New York 11201

            By:    /s/ _____
                       Seth D. DuCharme
                       Assistant U.S. Attorney